NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS INC.,**
*Plaintiff-Appellee*

v.

**TOSHIBA AMERICA INC.,
TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,**
*Defendants-Appellants*

**APPLE INC.,**
*Defendant*

---

2016-1355

---

Appeal from the United States District Court for the District of Delaware in No. 1:09-cv-00354-KAJ, Circuit Judge Kent A. Jordan.

---

**JUDGMENT**

---

MICHAEL E. JOFFRE, Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC, Washington, DC, argued for plaintiff-appellee. Also represented by JOANNA ZHANG; ARTHUR A. GASEY, OLIVER YANG, Niro Law, Ltd., Chicago, IL.

JEFFREY K. SHERWOOD, Blank Rome LLP, Washington, DC, argued for defendants-appellants. Also represented by CHARLES J. MONTERIO, JR., GABRIELLA E. ZICCARELLI.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, BRYSON, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| November 8, 2016 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |